IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN CRUISE LINES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HMS AMERICAN QUEEN STEAMBOAT )<br>COMPANY LLC, and AMERICAN QUEEN )<br>STEAMBOAT OPERATING COMPANY, )<br>LLC, )<br>)<br>Defendants. ) | C.A. No. 13-324 (RGA)<br><br>Redacted Public<br>Version |

**DECLARATION OF SUSAN RENNER
IN SUPPORT OF
<u>PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT</u>**

                                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP
                                          Mary B. Graham (#2256)
                                          Stephen J. Kraftschik (#5623)
                                          1201 N. Market Street
                                          P.O. Box 1347
                                          Wilmington, DE  19899-1347
                                          (302) 658-9200
                                          mgraham@mnat.com
                                          skraftschik@mnat.com
                                             *Attorneys for American Cruise Lines, Inc.*

OF COUNSEL:

David McI. Williams (*pro hac vice*)
Michael R. Naccarato (*pro hac vice*)
GORMAN & WILLIAMS
36 S. Charles Street, Suite 900
Baltimore, MD  21201-3114
(410) 528-0600

December 20, 2016

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN CRUISE LINES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HMS AMERICAN QUEEN STEAMBOAT ) <br> COMPANY LLC, and AMERICAN QUEEN ) <br> STEAMBOAT OPERATING COMPANY, ) <br> LLC, ) <br> ) <br> Defendants. ) | C.A. No. 13-324 (RGA) <br><br> Redacted Public Version |

## DECLARATION OF SUSAN RENNER
## IN SUPPORT OF
## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

I, Susan Renner, being over the age of eighteen (18) and competent to testify to the matters herein, state as follows:

1. I am the Chief Financial Officer of American Cruise Lines, Inc. Except to the extent my knowledge is based on records kept in the regular course of business at our corporate headquarters in Connecticut, I have personal knowledge of the matters set forth in this Declaration and I am competent to testify regarding these matters.

2. Unless otherwise noted, all of the documents attached as Exhibits to this Declaration (sometimes referred to as "Renner Dec Ex") are true and accurate copies of records kept in the ordinary course of business of American Cruise Lines.

3. Exhibit 1, ACL 17439-17441 [REDACTED]

4. Exhibit 2, ACL 17172-17175, ███████

5. Exhibit 3, ACL 25837-25840, ███████

6. Exhibit 4, ACL 20462-20475, ███████

3



SIGNATURE PAGE TO FOLLOW

Pursuant to 28 U.S.C. § 1746, I declare under the penalties of perjury that the foregoing is true and correct.

Executed in _Guilford CT_, this _20_ day of December, 2016.

_Susan Renner_ (signature)
Susan Renner

4