IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN CRUISE LINES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HMS AMERICAN QUEEN STEAMBOAT ) <br> COMPANY LLC, and AMERICAN QUEEN ) <br> STEAMBOAT OPERATING COMPANY, ) <br> LLC, ) <br> ) <br> Defendants. ) | C.A. No. 13-324 (RGA) <br><br> Redacted Public <br> Version |

**DECLARATION OF CHRISTINE DUFFY IN SUPPORT OF
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

                                  MORRIS, NICHOLS, ARSHT & TUNNELL LLP
                                  Mary B. Graham (#2256)
                                  Stephen J. Kraftschik (#5623)
                                  1201 N. Market Street
                                  P.O. Box 1347
                                  Wilmington, DE  19899-1347
                                  (302) 658-9200
                                  mgraham@mnat.com
                                  skraftschik@mnat.com
                                      *Attorneys for American Cruise Lines, Inc.*

OF COUNSEL:

David McI. Williams (*pro hac vice*)
Michael R. Naccarato (*pro hac vice*)
GORMAN & WILLIAMS
36 S. Charles Street, Suite 900
Baltimore, MD  21201-3114
(410) 528-0600

December 20, 2016

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN CRUISE LINES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 13-324 (RGA) |
| v. | ) | |
| | ) | Redacted Public Version |
| HMS AMERICAN QUEEN STEAMBOAT COMPANY LLC, and AMERICAN QUEEN STEAMBOAT OPERATING COMPANY, LLC, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF CHRISTINE DUFFY
## IN SUPPORT OF
## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

I, Christine Duffy, pursuant to 28 U.S.C. § 1746, and being over the age of eighteen (18) and competent to testify to the matters herein, state as follows:

1. I am a senior travel industry business executive with more than 30 years' hands-on experience in the leisure, corporate business travel and group travel industry. I am currently President of Carnival Cruise Lines, based in Doral, Florida. I was formerly President and CEO of the Cruise Lines International Association ("CLIA") in Washington, D.C. I have personal knowledge of the matters set forth in this Declaration and I am competent to testify regarding these matters.

2. I have been retained by Gorman & Williams on behalf of American Cruise Lines, Inc. in connection with the above referenced matter to provide my opinion and testify on certain issues in connection with this action.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the report dated August 15, 2016 that I prepared in this action ("Duffy Initial Report"). The information, facts and opinions set forth in said report are true and correct to the best of my knowledge, information and belief.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the Supplemental and Rebuttal Report dated September 22, 2016 ("Duffy Reply Report") that I prepared in this action with the exception that Exhibit C to the Duffy Reply Report, which is a copy of my Initial Report attached hereto as Exhibit 1, is omitted from Exhibit 2. The information, facts and opinions set forth in said report are true and correct to the best of my knowledge, information and belief.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in ___Miami___, this _13_ day of December, 2016.

_____
Christine Duffy