

**Schnader**
ATTORNEYS AT LAW

824 N. MARKET STREET   SUITE 800
WILMINGTON, DE 19801
302.888.4554   FAX 302.888.1696   schnader.com

November 1, 2017

Richard A. Barkasy
Telephone: 302-888-4554
E-mail: rbarkasy@schnader.com

**VIA ELECTRONIC FILING**

The Honorable Richard G. Andrews
United States District Court
J. Caleb Boggs Federal Building
844 North King Street, Unit 9
Wilmington, DE 19801-3555

> Re:  *American Cruise Lines, Inc. v HMS American Queen Steamboat
> Company LLC et al;* Case No. 13-324 (RGA); <u>AND</u>
> *American Cruise Lines, Inc. v. American Queen Steamboat Operating
> Company, LLC,* Case No. 17-1528 (RGA)

Dear Judge Andrews:

We write to you regarding the letter sent by Ms. Graham concerning the lawsuit against our client, HMS American Queen Steamboat Company et al, recently filed by American Cruise Lines. Ms. Graham's letter is an improper argument submitted to the Court without necessity or authorization.

It is unfortunate that counsel for ACL accuses HMS of continued "<u>hijacking</u>" of American Cruise Lines' alleged goodwill. Our client stands by its unique services and offerings and has continued to emphasize as such in its marketing. Our client's success in the market has nothing to do with ACL. Our client just recently earned the prestigious Travvy Award in 2017 for the Best River Cruise Line in the United States and has been ranked in the top 10 and 20 of <u>worldwide</u> cruise lines for its offerings and services (by *Ocean & Cruise News*). Our client consistently receives higher ratings than ACL on review sites such as *Cruise Critic*. By contrast, ACL was just named one of the "<u>12 Worst Cruise Lines in the World</u>" online. HMS has no interest in being associated with or "hijacking" what many consider to be one of the worst cruise line operators in the world.

As to this new lawsuit, despite our firm belief that the claims asserted by ACL are meritless, HMS has offered to remove the alleged offending material from its marketing in order to resolve this situation without further litigation.

Schnader Harrison Segal & Lewis LLP

NEW YORK   PENNSYLVANIA   CALIFORNIA   WASHINGTON, DC   NEW JERSEY   DELAWARE

PHDATA 6224153_1

Schnader
ATTORNEYS AT LAW

The Honorable Richard G. Andrews
November 1, 2017
Page 2


Our hope is that this matter is resolved in short order.

Respectfully yours,

/s/ Richard A. Barksy

Richard A. Barkasy
For SCHNADER HARRISON SEGAL & LEWIS LLP

cc:     Clerk of the Court (by overnight mail)
        Counsel of Record (by CM/ECF and email)