IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN CRUISE LINES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 13-324 (RGA) |
| ) | |
| HMS AMERICAN QUEEN STEAMBOAT ) | |
| COMPANY LLC, and AMERICAN QUEEN ) | |
| STEAMBOAT OPERATING COMPANY, ) | |
| LLC, ) | |
| ) | |
| Defendants. ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANTS' PROPOSED *VOIR DIRE* QUESTIONS**

Defendants, HMS American Queen Steamboat Company LLC and American Queen Steamboat Operating Company, LLC, by counsel, submit the following proposed *voir dire* questions for the Jury in this case. Defendants reserve the right to supplement these questions prior to trial.

1. HAS ANYONE HERE EVER STARTED YOUR OWN BUSINESS?

    a. IF YES, PLEASE TELL US ABOUT THAT

2. DOES ANYONE HERE HAVE ANY FAMILIARITY WITH TRADEMARKS?

    a. IF YES, WHAT CONTEXT?
    b. WHAT TRADEMARK?
    c. WHAT HAPPENED?

3. HAS ANYONE HERE, OR A FAMILY MEMBER OR CLOSE FRIEND, EVERY APPLIED FOR A TRADEMARK?

    a. IF YES, PLEASE TELL US ABOUT THAT

1

4. HAS ANYONE HERE, OR AN IMMEDIATE FAMILY MEMBER, EVER TAKEN A CRUISE?

   a. WHAT CRUISE?
   b. WHEN WAS IT?
   c. HOW OFTEN HAVE YOU TAKEN CRUISES
   d. ANY PARTICULAR CRUISE LINE

5. HAS ANYONE HERE EVER RECEIVED A MAILER OR OTHER ADVERTISEMENT FOR A RIVER CRUISE?

   a. PLEASE TELL US ABOUT HAT
   b. DO YOU REMEMBER WHAT COMPANY

6. HAS ANYONE HERE EVER SEEN PRODUCT ADVERTISING THAT SEEMED TO BE TRYING TO MISLEAD CUSTOMERS ABOUT WHO MADE THE PRODUCT?

   a. IF YES, PLEASE TELL US ABOUT THAT

7. HAS ANYONE HERE EVER HAD ANY OF THE FOLLOWING EXPERIENCES:

   a. SERVED ON A CIVIL JURY
   b. BEEN A PARTY IN A LAWSUIT
   c. FILED A WORKERS COMPENSATION CLAIM
   d. TESTIFIED UNDER OATH
   e. FOR ANYONE WHO HAS SAID YES, CAN YOU EXPLAIN?

8. THIS CASE IS ABOUT TWO COMPANIES THAT ARE DIRECT COMPETITORS. HAS ANYONE HERE EVER WORKED IN A HIGHLY COMPETITIVE INDUSTRY?

   a. IF YES, PLEASE EXPLAIN

Dated: September 20, 2017

Respectfully submitted,

s/Richard A. Barkasy

Richard A. Barkasy (#4683)
Daniel M. Pereira (#6450)
**SCHNADER HARRISON SEGAL & LEWIS LLP**
824 N. Market Street, Suite 800
Wilmington, DE 19801
Phone: (302) 888-4554
Fax: (302) 888-1696
rbarkasy@schnader.com

dpereira@schnader.com

-and-

Dennis D. Murrell (*pro hac vice*)
Brian P. McGraw (*pro hac vice*)
**MIDDLETON REUTLINGER**
401 S. 4th Street, Suite 2600
Louisville, Kentucky 40202
Phone: (502) 584-1135
Fax: (502) 561-0442
dmurrell@middletonlaw.com
bmcgraw@middletonlaw.com

*Attorneys for Defendants*