IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN CRUISE LINES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 13-324 (RGA) |
| ) | |
| HMS AMERICAN QUEEN STEAMBOAT ) | |
| COMPANY LLC, and AMERICAN QUEEN ) | |
| STEAMBOAT OPERATING COMPANY, ) | |
| LLC, ) | |
| ) | |
| Defendants. ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# Jury Verdict

### ACL's INFRINGEMENT CLAIM #1

1. Has ACL established by a preponderance of the evidence that HMS's use of the brand name AMERICAN QUEEN STEAMBOAT COMPANY infringes ACL's AMERICAN CRUISE LINES brand name and mark?

    Yes _____    No ___✓___

    *If you answered "yes" to Question 1, then proceed to Question 2.*

    *If you answered "no" to Question 1, then you have found for HMS on ACL's claim for infringement of its registered AMERICAN CRUISE LINES marks. Proceed to Question 4.*

### *ACL's DAMAGES CLAIM*

2. State the amount of HMS's profits (if any) you believe ACL is entitled to recover from HMS for HMS's infringement of ACL's brand name.

    $ _____

    *Proceed to Question 3.*

1

3. Do you find that ACL has established by a preponderance of the evidence that HMS's infringement based on its use of the brand name AMERICAN QUEEN STEAMBOAT COMPANY was willful?

   Yes _____   No _____

   *Proceed to Question 4.*

## ACL's INFRINGEMENT CLAIM #2

4. Has ACL established by a preponderance of the evidence that it owns a valid and legally protectable family of "American" trademarks?

   Yes _____   No \_\_✓_____

   *If you answered "yes" to Question 4, proceed to Question 5.*

   *If you answered "no" to Question 4, then you have found for HMS on ACL's family trademark infringement claim. Proceed to Question 8.*

5. Has ACL established by a preponderance of the evidence that HMS's fleet of "American" named vessels infringes ACL's family of "American" trademarks?

   Yes _____   No _____

   *If you answered "yes" to Question 5, proceed to Question 6.*

   *If you answered "no" to Question 5, then you have found for HMS on ACL's family trademark infringement claim. Proceed to Question 8.*

### *ACL's DAMAGES CLAIM*

6. State the amount of HMS's profits (if any) you believe ACL is entitled to recover from HMS for HMS's infringement of ACL's "American" family of marks.

   $ _____

   *Proceed to Question 7.*

2

7. **Do you find that ACL has established by a preponderance of the evidence that HMS's infringement based on HMS's fleet of "American" named vessels was willful?**

        Yes _____        No _____

*Proceed to Question 8.*

### HMS's INFRINGEMENT CLAIM

8. **Has HMS established by a preponderance of the evidence that ACL's use of the vessel names and marks AMERICAN EAGLE, AMERICAN PRIDE, AMERICAN SONG, AMERICAN HARMONY or AMERICA infringes HMS's AMERICAN QUEEN mark?**

    (a) AMERICAN EAGLE    Yes _____    No ✓

    (b) AMERICAN PRIDE    Yes _____    No ✓

    (c) AMERICAN SONG    Yes _____    No ✓

    (d) AMERICAN HARMONY    Yes _____    No ✓

    (e) AMERICA    Yes _____    No ✓

*If you answered "yes" to any subpart, proceed to Questions 9 and 10.*

*If you answered "no" to every subpart, then you have found for ACL on HMS's claim for infringement of its registered AMERICAN QUEEN trademark. Proceed to the "STOP" instruction at the end of this form.*

### *ACL's AFFIRMATIVE DEFENSES*

9. **Has ACL established by clear and convincing evidence that the AMERICAN QUEEN trademarks were abandoned?**

        Yes _____        No _____

*Proceed to Question 10.*

3

10. **Has ACL established by clear and convincing evidence that Ambassador's assignment of the AMERICAN QUEEN trademarks to HMS was invalid?**

   Yes _____    No _____

   *If you answered "yes" to either Question 9 or 10, proceed to Question 11.*

   *If you answered "no" to both Questions 9 and 10, proceed to Question 13.*

11. **Has HMS established by a preponderance of the evidence that it owns a valid and legally protectable unregistered (common law) AMERICAN QUEEN mark?**

   Yes _____    No _____

   *If you answered "yes" to Question 11, proceed to Question 12.*

   *If you answered "no" to Question 11, then you have found for ACL on HMS's claim for infringement of its unregistered (common law) AMERICAN QUEEN trademark. Proceed to the "STOP" instruction at the end of this form.*

12. **Has HMS established by a preponderance of the evidence that ACL's use of the vessel names AMERICAN EAGLE, AMERICAN PRIDE, AMERICAN SONG, AMERICAN HARMONY or AMERICA infringes HMS's unregistered (common law) AMERICAN QUEEN mark?**

   | | | |
   |---|---|---|
   | (a) AMERICAN EAGLE | Yes _____ | No _____ |
   | (b) AMERICAN PRIDE | Yes _____ | No _____ |
   | (c) AMERICAN SONG | Yes _____ | No _____ |
   | (d) AMERICAN HARMONY | Yes _____ | No _____ |
   | (e) AMERICA | Yes _____ | No _____ |

   *If you answered "yes" to any subpart, proceed to Question 13.*

   *If you answered "no" to every subpart, then you have found for ACL on HMS's claim for infringement of its unregistered (common law) AMERICAN QUEEN trademark. Proceed to the "STOP" instruction at the end of this form.*

4

## *HMS's DAMAGES CLAIM*

13. **If you found that ACL's vessel names and marks AMERICAN EAGLE, AMERICAN PRIDE, or AMERICA infringe HMS's AMERICAN QUEEN mark in Question 8 or Question 12, state the amount of ACL's profits (if any) you believe HMS is entitled to recover. Do not respond for any vessel which you found did not infringe.**

    (a) AMERICAN EAGLE    $ _____

    (b) AMERICAN PRIDE    $ _____

    (c) AMERICA    $ _____

*Proceed to Question 14.*

14. **If you found that ACL's vessel names and marks AMERICAN EAGLE, AMERICAN PRIDE, or AMERICA infringe HMS's AMERICAN QUEEN mark in Question 8 or Question 12, do you find that HMS has established by a preponderance of the evidence that ACL's infringement was willful? Do not respond for any vessel which you found did not infringe.**

    (a) AMERICAN EAGLE    Yes _____    No _____

    (b) AMERICAN PRIDE    Yes _____    No _____

    (c) AMERICA    Yes _____    No _____

**STOP**: SIGN THE FORM AND ADVISE THE MARSHAL THAT YOU HAVE REACHED A VERDICT.

FOREPERSON

